**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAWN MORIN, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES SCOTT BLEVINS, Trustee of the Giles Revocable Trust, dated January 18, 2002,<br><br>    Defendant. | CV **F 07-1061 AWI NEW (TAG)**<br><br>**ORDER SHORTENING TIME AND SETTING BRIEFING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND SETTING DATE FOR HEARING THEREON**<br><br>[Document # 7] |

    In this action in diversity for injunctive relief, Plaintiff Dawn Morin ("Plaintiff") has noticed a motion for Temporary Restraining Order ("TRO") to prevent the sale of property of the Giles Revocable Trust by trustee James Scott Blevins ("Defendant"). Because the request is not made *ex parte*, the court will set a schedule for opposition and will set a date for or argument on Plaintiff's request for TRO. In view of Plaintiff's representation that sale of the subject property is to occur on Saturday, September 22, 2007, this order modifies the application of Local Rule 78-230 to shorten time for the filing of opposition and for hearing on the motion.

    THEREFORE, it is hereby ORDERED that Defendant may file and serve an opposition to Plaintiffs request for TRO not later than 4:00 p.m. Monday, September 17, 2007. If Defendant does not oppose Plaintiffs request for TRO, Defendant shall file and serve a notice of non-

1 opposition not later than 4:00 p.m. on Monday, September 17, 2007. Plaintiff shall not file a
2 reply brief but may address any issues raised in Defendant's opposition at oral argument.
3 Plaintiff may cite any relevant authority at oral argument <u>subject to</u> providing both Defendant
4 and the court copies of cases upon which Plaintiff relies that were not cited by either Plaintiff's
5 motion for TRO or Defendant's opposition. Hearing on Plaintiff's application for TRO shall be
6 held at 9:00 a.m. Thursday, September 20, 2007, in department 2. Plaintiff shall notify
7 Defendant of the date and time of hearing and of the deadline set for the filing of opposition not
8 later than 4:00 p.m., Wednesday, September 12, 2007.

10 IT IS SO ORDERED.

11 **Dated:   September 11, 2007**          /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE

2