RICHARD W. MORRIS, J.D. – Cal Bar 40253
MORRIS LAW FIRM, PLLC
13951 West Grand Avenue, Ste 203
Surprise, CA 85374
Tel: (623) 53-1040
Fax: (623) 748-4339

Attorney for Plaintiff, DAWN MORIN

MICHAEL L. GIANELLI, SBN 070950
NINI T. LEE, SBN 199109
GIANELLI & ASSOCIATES
A Professional Law Corporation
1014 - 16th Street
Modesto, CA 95354
Tel.: (209) 521-6260
Fax: (209) 521-5971

Attorneys for Defendant, JAMES SCOTT BLEVINS,
Trustee of the Giles Revocable Trust

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| DAWN MORIN, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>JAMES SCOTT BLEVINS, Trustee of the Giles Revocable Living Trust, dated January 18, 2002,<br><br>          Defendant. | Case No.  1:07-CV-01061-AWI-NEW<br><br>ORDER TO WITHDRAW PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER TO PREVENT THE SALE OF PROPERTY AND TO PREVENT THE SALE OF PROPERTY |

Based on the stipulation of the parties to this matter and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Temporary Restraining Order to Prevent the Sale of Property is hereby withdrawn and the hearing set for September 20, 2007 at 9:00 a.m. in Dept. 2, is hereby vacated.
2. James Scott Blevins, Trustee of the Giles Revocable Living Trust, shall not sell the real property located East of Messing Road, Valley Springs, Calaveras County,

Order – Case No. 1:07-CV-01061-AWI-NEW

1
2  California, APN: 48-025-263 to Bryan Blevins or anyone else, without further order
3  of the court or consent of the remainder beneficiaries.
4
5                                                                                          IT IS SO ORDERED.
6
7                                              Dated:    September 19, 2007         /s/ Anthony W. Ishii
8                                                                              UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15  ..                                                                                                                    .
16
17
18
19
20
21
22
23
24
25
26
27
28