IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN MORIN, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES SCOTT BLEVINS, Trustee of<br>the Giles Revocable Trust, dated<br>January 18, 2002,<br><br>  Defendant. | CV F 07-1061 AWI NEW (TAG)<br><br>ORDER VACATING<br>HEARING DATE OF<br>NOVEMBER 26, 2007, AND<br>TAKING MATTER UNDER<br>SUBMISSION |

  Defendant James Scott Blevins ("Defendant") has noticed a motion to dismiss plaintiff Dawn Morin's ("Plaintiff's") action for declaratory and injunctive relief.  The matter is currently scheduled for oral argument to be held November 26, 2007.  The court has reviewed Defendant's motion, Plaintiff's opposition, and the applicable law, and has determined that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 26, 2007, is VACATED, and no party shall appear at that time.  As of November 26, 2007, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 21, 2007         /s/ Anthony W. Ishii
                    UNITED STATES DISTRICT JUDGE